UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW LUIS ESTRADA,

        Plaintiff,

    v.

SAN JOAQUIN COUNTY SHERIFF'S DEPT., et al.,

        Defendants.

No.  2:26-cv-1213 CSK P

ORDER and FINDINGS AND RECOMMENDATIONS

By order filed April 14, 2026, plaintiff was ordered to show cause, within thirty days, why this action should not be dismissed.  The thirty day period has now expired, and plaintiff has not shown cause or otherwise responded to the court's order.

As set forth in the April 14, 2026 order, "the complaint is based on incidents that took place in 2007 and thus the complaint, on its face, appears to be barred by the statute of limitations." (ECF No. 5 at 3.)  Because plaintiff's claims accrued in October 2007 at the earliest, plaintiff had until Monday, October 31, 2011, in which to file his civil rights action. Because all of plaintiff's claims are based on incidents that took place in 2007, such claims appear barred by the statute of limitations and must be dismissed. (ECF No. 5 at 3-4.)  In addition, plaintiff failed to address the over 18 year delay in filing the instant action.  (Id. at 4-5.)  Plaintiff was personally involved in the incidents at issue in his pleading, and nothing in the complaint or its exhibits

1

suggest that plaintiff would be entitled to equitable tolling under the governing standards.  (Id.) finally, because plaintiff's claims are time-barred, it would be futile to grant plaintiff leave to file an amended complaint.  (Id. at 5-6.)

Accordingly, IT IS HEREBY ORDERED that the Clerk shall assign a district judge to this case.

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the objections shall be filed and served within fourteen days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  June 2, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

1/estr1213.fsc

2