UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LUIS ESTRADA,<br>Plaintiff,<br>v.<br>SAN JOAQUIN COUNTY SHERIFF DEPT., et al.,<br>Defendants. | No. 2:26-cv-1213-TLN-CSK<br><br>**ORDER** |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 2, 2026, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 9.) On July 9, 2026, Plaintiff filed a document styled, "Motion for Reviver Motion for Trial Court Order to Show Cause on Legal Documents," signed on July 6, 2026. (ECF No. 10.) The Court construes this filing as Plaintiff's objections to the findings and recommendations. On August 12, 2026, Petitioner filed additional objections to the findings and recommendations. (ECF No. 11.) Despite the untimeliness of both filings, the Court has considered both herein.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the Court conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Court construes Plaintiff's July 9, 2026 filing as his objections to the findings and recommendations;

2. The findings and recommendations (ECF No. 9) are ADOPTED in full; and

3. This action is dismissed without prejudice.

IT IS SO ORDERED.

Date: August 17, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE